UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$20,020.00 IN UNITED STATES CURRENCY,<br><br>    Defendant *in Rem*. | Civil No.: |

MOTION REQUESTING ISSUANCE OF WARRANT OF
ARREST *IN REM* PURSUANT TO SUPPLEMENTAL RULE
G(3)(B)(i)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for a warrant of arrest *in rem*, respectfully states as follows:

1. Plaintiff has commenced a forfeiture action against the Defendant *in Rem* pursuant to 31 U.S.C. §§ 5316 and 5317.

2. The Defendant *in Rem* are in the possession, custody, and control of the United States.

3. Pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

"the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4. Pursuant to Supplemental Rule G(3)(c), that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *in rem* for the Defendant *in Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of August 2023.

W. Stephen Muldrow
United States Attorney

*s/ Carlos José Romo Aledo*
Carlos José Romo Aledo
Special Assistant U.S. Attorney
USDC # 230407
350 Carlos Chardón Street
Torre Chardón Street, Suite 1201
Hato Rey, Puerto Rico 00918
Tel. (787) 282-1856
carlos.romo.aledo@usdoj.gov